UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-071 JD |
| | ) | |
| KANDI BIGGINS | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 1, 2013 [DE 20]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Kandi Biggins' plea of guilty, and FINDS the defendant guilty of Counts 1 through 8 of the Indictment, in violation of 18 U.S.C. § 1344.

SO ORDERED.

ENTERED:  August 22, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court